**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Philadelphia Indemnity Insurance Company, | No. CV-18-02673-PHX-DMF |
| Plaintiff, | **ORDER** |
| v. | |
| A National Solutions Incorporated, et al., | |
| Defendants. | |

Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") has filed an interpleader complaint under 28 U.S.C. §1335 to address the distribution of a surety bond (Doc. 1). Philadelphia now asks the Court to permit service under Arizona Rule of Civil Procedure 4.2(c) (Doc. 10). This would "dispense with the waiver [of service] predicate and allow Philadelphia to serve the defendants" by mailing the appropriate documents by first-class mail with return receipt requested (Doc. 10 at 7). The Court will deny this request and will require Philadelphia to attempt to obtain waivers of service from the Defendants before adopting the return receipt requested procedure outlined in Ariz. R. Civ. P. 4.2(c). Adopting Philadelphia's proposed procedure could permit default judgment against an interested defendant who may attempt to set aside default after all of the bond proceeds have been distributed.

///

///

///

**IT IS THEREFORE ORDERED** denying Plaintiff's Motion to Approve Service of Process Pursuant to Ariz. R. Civ. P. 4.2(c) (Doc. 10).

Dated this 30th day of August, 2018.

Honorable Deborah M. Fine
United States Magistrate Judge